IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PEDRO DUENAS PAULINO,

          Plaintiff,

v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, CHRIS MARSHALL,
and CHARLES WILSON,

          Defendants.

10-CV-529-BR

JUDGMENT
OF DISMISSAL

Based on the Court granting Plaintiff's Oral Motion to Dismiss at a scheduling conference held December 3, 2010, this action is **DISMISSED, without prejudice, and without costs or attorney fees to any party.**

    **IT IS SO ORDERED.**

    DATED this 3rd day of December, 2010.

                                              /s/ Anna J. Brown
                                            ANNA J. BROWN
                                            United States District Judge

JUDGMENT OF DISMISSAL